No. 754. Meshberger et al. *v.* Federal Land Bank of Louisville; and

No. 798. Garlington et al. *v.* Wasson. May 29, 1944. Motions denied. *Messrs. Elmer McClain* and

*Samuel E. Cook* for petitioners in No. 754. *Mr. Elmer McClain* for petitioners in No. 798. *Mr. William C. Goodwyn* for respondent in No. 754. Reported below: 138 F. 2d 954, 139 F. 2d 183.